# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY HOCH, | CASE NO. 1:10-CV-02258-AWI-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISS FOR FAILURE TO OBEY COURT ORDER |
| v. | |
| STEPHEN MAYBERG, et al., | (DOC. 5) |
| Defendants. | RESPONSE DUE WITHIN EIGHTEEN DAYS |

Plaintiff Cory Hoch ("Plaintiff") is a civil detainee in the custody of the California Department of Mental Health. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action. On December 8, 2010, the Court issued an order for Plaintiff to either consent or decline magistrate judge jurisdiction in this action. Doc 3. On January 24, 2011, the Court issued a second order regarding consent or decline. Doc. 5. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within eighteen (18) days from the date of service of this order why this action should not be dismissed for failure to obey a court order. Failure to timely respond or otherwise show cause will result in a recommendation of dismissal of this action.

IT IS SO ORDERED.

Dated:  **March 24, 2011**          /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1