IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY HOCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN MAYBERG, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:10-cv-02258-DLB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR NON-OPPOSITION TO DEFENDANTS' MOTIONS (DOCS. 18, 21)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY<br>(DOC. 23) |

Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 26, 2011, plaintiff filed a motion to extend time to file a reply to Defendants' opposition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Plaintiff is granted ten (10) days from the date of service of this order in which to file a reply.

On September 26, 2011, and October 12, 2011, Defendants Ahlin and Mayberg filed motions to dismiss. As of the date of this order, Plaintiff has not filed an opposition or statement of non-opposition pursuant to Local Rule 230(l). Accordingly, it is HEREBY ORDERED that Plaintiff is to file an opposition or statement of non-opposition within twenty-one (21) days from the date of service of this order. Failure to respond will be construed as a waiver of the opportunity to file an opposition, and may result in dismissal of this action for failure to obey a court order.

　　IT IS SO ORDERED.

　　Dated:　February 14, 2012　　　　　　　　／s／ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE