# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY HOCH,<br><br>    Plaintiff,<br><br>  v.<br><br>STEPHEN MAYBERG, et al.,<br><br>    Defendants. | Case No. 1:10-cv-02258-DLB PC<br><br>**ORDER TO SHOW CAUSE**<br><br>ECF Nos. 34, 36<br><br>RESPONSE DUE WITHIN FOURTEEN DAYS |

Plaintiff Cory Hoch ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On November 7, 2012, the Court ordered Plaintiff either to file a second amended complaint or notify the Court of his willingness to proceed only on the claims found to be cognizable. ECF No. 34. Plaintiff was provided thirty days by which to comply. ECF No. 34. On November 29, 2012, Plaintiff filed a motion requesting an extension of time. ECF No. 35. On January 3, 2013, the Court granted Plaintiff up to January 22, 2013 by which to file a response. ECF No. 36. As of the date of this order, Plaintiff has not complied with the Court's order.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within **fourteen (14) days** from the date of service of this order why this action should not be dismissed for failure to obey a court order. Failure to timely respond or otherwise show cause will result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **February 21, 2013**         /s/ Dennis L. Beck
                                UNITED STATES MAGISTRATE JUDGE

1