# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY HOCH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MAYBERG, et al.,<br><br>　　　　　Defendants. | Case No. 1:10-cv-02258 DLB PC<br><br>ORDER DENYING DEFENDANTS' REQUEST TO CEASE SERVICE ATTEMPTS<br><br>(Document 46) |

　　　　Plaintiff Cory Hoch ("Plaintiff") is a civil detainee in the custody of the California Department of Mental Health ("DMH"), detained pursuant to California's Sexually Violent Predators Act ("SVPA"), Cal. Welf. & Inst. Code § 6600, et seq. Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

　　　　Two of the three Defendants have been served in this action. On July 12, 2013, Defendants Sanzberro and Tarkenton filed a Motion to Dismiss. The motion is currently pending.

　　　　On July 19, 2013, Counsel for Defendants Sanzberro and Tarkenton filed a request that the Court order the United States Marshal to cease attempts at service on Defendant Christian. The request was accompanied by a declaration from the Human Resources Director at Coalinga State Hospital indicating that an employee by the name of Christian could not be located.

1
2
3   Defendants' request is DENIED.  The Court will not make determinations regarding service until the United States Marshal files the return of service.  Moreover, the Court notes that Counsel does not represent the unserved Defendant.

4
5   IT IS SO ORDERED.

6   Dated:  **July 22, 2013**                              /s/ *Dennis L. Beck*
7                                                         UNITED STATES MAGISTRATE JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2