# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY HOCH,<br><br>                Plaintiff<br><br>    v.<br><br>TARKENTON, et al.,<br><br>                Defendants. | CASE No. 1:10-cv-02258-DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. 43)<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Cory Hoch, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 6, 2010. On July 12, 2013, Defendants Sanzberro and Tarkenton filed a motion to dismiss. (ECF No. 43.) Plaintiff did not file an opposition or a statement of non-opposition to the motion. Local Rule 230(*l*).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to the motion within **twenty-one (21) days** from the date of service of this order; and

2. **Plaintiff is warned that the failure to comply with this order will result in dismissal of the action, with prejudice, for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **October 17, 2013**                           /s/ Dennis L. Beck
                                                                                      UNITED STATES MAGISTRATE JUDGE