# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CORY HOCH,

          Plaintiff

    v.

TARKENTON, et al.,

          Defendants.

CASE No. 1:10-cv-02258-DLB PC

ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

(Doc. 43)

TWENTY-ONE DAY DEADLINE

    Plaintiff Cory Hoch, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 6, 2010. On July 12, 2013, Defendants Sanzberro and Tarkenton filed a motion to dismiss. (ECF No. 43.) Plaintiff did not file an opposition or a statement of non-opposition to the motion. Local Rule 230(*l*).

    Accordingly, it is HEREBY ORDERED that:

    1.    Plaintiff shall file an opposition or a statement of non-opposition to the motion within **twenty-one (21) days** from the date of service of this order; and

    2.    **Plaintiff is warned that the failure to comply with this order will result in dismissal of the action, with prejudice, for failure to prosecute.**

IT IS SO ORDERED.

    Dated:  **October 17, 2013**          /s/ Dennis L. Beck

                                                       UNITED STATES MAGISTRATE JUDGE