# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY HOCH, | Case No. 1:10-cv-02258-AWI-DLB PC |
|       Plaintiff, | ORDER REQUIRING DEFENDANT SANZBERRO TO FILE A RESPONSE WITHIN THIRTY DAYS |
|   v. | |
| STEPHEN MAYBERG, et al., | ORDER DISMISSING DEFENDANTS TARKENTON AND CHRISTIAN FROM THIS ACTION |
|       Defendants. | |
| | (ECF No. 63) |

Plaintiff Cory Hoch, a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 6, 2010. On May 15, 2014, the Court issued an order on Defendants' Motion to Dismiss, filed July 12, 2013. (ECF Nos. 43 & 63.) The order dismissed the claims against Defendants Tarkenton and Christian, with leave to file an amended complaint within twenty-one days. The Court cautioned Plaintiff that if he did not file a timely amended complaint, the case would proceed only on the Fourth Amendment unreasonable search claim against Defendant Sanzberro. (ECF No. 63 at 6.) More than twenty-one days has passed, and Plaintiff has not filed an amended complaint.

///

///

///

Accordingly, it is HEREBY ORDERED that:

1. Defendant Sanzberro file a response to Plaintiff's first amended complaint within thirty (30) days from the date of service of this order; and

2. Defendants Tarkenton and Christian are dismissed from this action.

IT IS SO ORDERED.

Dated:  August 13, 2014

SENIOR DISTRICT JUDGE