# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY HOCH, | Case No. 1:10-cv-02258 AWI DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FOLLOW A COURT ORDER |
| v. | |
| STEPHEN MAYBERG, et al., | [ECF No. 64] |
| Defendants. | THIRTY-DAY DEADLINE |

Plaintiff Cory Hoch ("Plaintiff") is a civil detainee proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on December 6, 2010.  This action is proceeding on Plaintiff's First Amended Complaint, filed May 1, 2010, against Defendant Sanzberro for violation of the Fourth Amendment.  On August 13, 2014, the Court issued an order directing Defendant Sanzberro to file a response to Plaintiff's First Amended Complaint within thirty days from the date of service of the order.  Over thirty days have passed and Defendant Sanzberro has not complied.

Local Rule 110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, Defendant Sanzberro is HEREBY ORDERED to, within thirty (30) days of service of this order, SHOW CAUSE why appropriate sanctions should not be imposed for failing to

1

comply with a court order.

IT IS SO ORDERED.

    Dated: **October 15, 2014**     /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE