# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY HOCH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN MAYBERG, et al.,<br><br>　　　　Defendants. | Case No. 1:10-cv-02258 AWI DLB PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>[ECF No. 65]<br><br>ORDER GRANTING DEFENDANT SANZBERRO LEAVE TO FILE ANSWER<br><br>SEVEN-DAY DEADLINE |

Plaintiff Cory Hoch ("Plaintiff") is a civil detainee proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 6, 2010. This action is proceeding on Plaintiff's First Amended Complaint, filed May 1, 2010, against Defendant Sanzberro for violation of the Fourth Amendment. On August 13, 2014, the Court issued an order directing Defendant Sanzberro to file a response to Plaintiff's First Amended Complaint within thirty days from the date of service of the order. Over thirty days passed and Defendant Sanzberro did not comply. On October 15, 2014, the Court issued an order directing Defendant Sanzberro to show cause why sanctions should not be imposed for failure to comply with a court order. On October 28, 2014, Defendant responded to the Order to Show Cause.

Local Rule 110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Counsel for Defendant states the Court's August 13, 2014, was inadvertently overlooked in the course of a busy work week prior to Counsel's departure for vacation. Counsel states she searched for the hard copy and electronic files for the August 13, 2014, Order but could find no record of it. Counsel states she was also in the midst of packing up her office in advance of the office walls being painted on August 15, 2014. The Court finds good cause to discharge the Order to Show Cause for excusable neglect.

Accordingly, the Order to Show Cause of October 15, 2014, is DISCHARGED, and Defendant Sanzberro is GRANTED seven (7) days from the date of service of this Order to file an answer.

IT IS SO ORDERED.

Dated:   **October 29, 2014**                    /s/ *Dennis L. Beck*
                                                       UNITED STATES MAGISTRATE JUDGE