# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY HOCH,<br><br>              Plaintiff,<br><br>     v.<br><br>STEPHEN MAYBERG, et al.,<br><br>              Defendants. | Case No. 1:10-cv-02258 AWI DLB PC<br><br>ORDER GRANTING DEFENDANT SANZBERRO'S REQUEST TO AMEND DISCOVERY AND SCHEDULING ORDER<br>[ECF No. 70]<br><br>ORDER AMENDING DISCOVERY AND SCHEDULING ORDER<br>[ECF No. 69] |

Plaintiff Cory Hoch ("Plaintiff") is a civil detainee proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 6, 2010. This action is proceeding on Plaintiff's First Amended Complaint, filed May 1, 2010, against Defendant Sanzberro for violation of the Fourth Amendment. On November 7, 2014, the Court issued a discovery and scheduling order. The order directed Defendant Sanzberro to produce information from the California Department of Corrections and Rehabilitation ("CDCR") and to take the deposition of Plaintiff at CDCR. On November 12, 2014, Defendant Sanzberro filed the instant request to amend the discovery and scheduling order to reflect the fact that Defendant Sanzberro was employed by the Department of State Hospitals at Coalinga State Hospital, not by the CDCR, and Plaintiff Hock was a civil detainee housed at Coalinga State Hospital, not a CDCR facility.

Good cause having been presented, and good cause appearing therefor, Defendant Sanzberro's request is GRANTED. The discovery and scheduling order is amended to omit the

direction to produce information related to "inmates" and to CDCR, and to take depositions at a "correctional" facility. (ECF No. 69 at 1:27, 2:8, 2:15, 2:20, 3:11.)

IT IS SO ORDERED.

   Dated:   **November 13, 2014**          /s/ *Dennis L. Beck*
                                                      UNITED STATES MAGISTRATE JUDGE