# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY HOCH,<br><br>   Plaintiff,<br><br>   v.<br><br>STEPHEN MAYBERG, et al.,<br><br>   Defendants. | Case No. 1:10-cv-02258 AWI DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR COPY OF TRANSCRIPT [ECF No. 95]<br><br>ORDER DIRECTING CLERK OF COURT TO PROVIDE COPY OF DOCKET |

Plaintiff Cory Hoch, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 6, 2010. On March 4, 2016, the Court issued an order granting Defendants' motion for summary judgment, thereby terminating the case. Plaintiff filed a notice of appeal and on March 16, 2016, the appeal was processed to the Ninth Circuit Court of Appeal.

On April 8, 2016, Plaintiff filed the instant motion requesting a copy of the transcript in this case. It is unclear what matter Plaintiff seeks a transcript of, since the case was decided on the pleadings. To the extent Plaintiff seeks copies of certain pleadings, he must make his request to the Clerk of Court identifying the pleading of which he seeks a copy, along with payment for costs of copies. Plaintiff is advised that in forma pauperis status does not include the cost of postage or copies. Copies of up to 20 pages may be made by the Clerk's Office at a charge of $.50 per page. Plaintiff states he does not have access to the internet or email services from his

1

facility. Therefore, the Court will direct the Clerk of Court to provide Plaintiff with a copy of the docket in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for copy of transcript is DISMISSED; and
2. The Clerk of Court is DIRECTED to provide Plaintiff with a copy of the docket in this action.

IT IS SO ORDERED.

Dated: **April 13, 2016**        **/s/ Sandra M. Snyder**
                         UNITED STATES MAGISTRATE JUDGE

2